DOUBLE G.G. LEASING, LLC *v.* UNDERWRITERS AT LLOYD'S, LONDON

The plaintiff's petition for certification for appeal from the Appellate Court, 116 Conn. App. 417 (AC 29998), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Gregory T. Nolan*, in support of the petition.

*Stephen O. Clancy*, in opposition.

Decided November 10, 2009